# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

*Lucy Clark*

     against

index no.

8:26-CV-1220-SDM-NHA

*Michael Rosenthal, Kevin Mcclanahan*

1. Defendant Kevin Mcclanahan violated due process,

2. Defendant Michael Rosenthal conspired with Kevin Mcclanahan,

2. Plaintiff demands an award to be decided by the Court.

I declare under penalty of perjury that I have read the complaint and that the information contained in the complaint is true and correct.

Lucy Clark

4/6/26

